UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MALIKA TERRY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant.<br>_____ | Civil Action<br>File No.: 1:24-cv-05270-VMC-JSA<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

COMES NOW Plaintiff Malika Terry, by and through her counsel of record, and, pursuant to Local Rule 3.3, submits her Certificate of Interested Persons as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or a proposed intervenor:

    a) Plaintiff Malika Terry; and

    b) Defendant United Parcel Service, Inc.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

a) Buckley Bala Wilson Mew LLP; and

b) Lee Meier.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For the Plaintiff:

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com
Kathleen B. Kacynski
Georgia Bar No. 587883
kkacynski@bbwmlaw.com

Buckley Bala Wilson Mew LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

For the Defendant:

Alex Meier
Georgia Bar No. 282350
ameier@leemeier.law

Lee Meier
695 Pylant Street, Suite 105
Atlanta, GA 30306
Telephone: 404-999-4798

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Not applicable.

Respectfully submitted on January 22, 2025.

**BUCKLEY BALA WILSON MEW LLP**

By: */s/ Kathleen B. Kacynski*
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com
Kathleen B. Kacynski
Georgia Bar No. 587883
kkacynski@bbwmlaw.com

600 Peachtree Street, NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MALIKA TERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action ) File No.: 1:24-cv-05270-VMC-JSA ) |
| UNITED PARCEL SERVICE, INC., | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, I filed the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS** using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

**BUCKLEY BALA WILSON MEW LLP**

By: */s/ Kathleen B. Kacynski*
Kathleen B. Kacynski
Georgia Bar No. 587883

4